UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| **TERRY LYNN HILL,** | CIVIL ACTION NO. 7:13-142-KKC |
| **Plaintiff,** | |
| V. | **JUDGMENT** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

The Court, having affirmed the decision of the Commissioner, enters judgment in favor of the defendant Commissioner.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This matter is **DISMISSED** and **STRICKEN** from the court's active docket.

Dated March 27, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY